[No. 30960-9-I.   Division One.   February 7, 1994.]

DAN R. YOUNG, *Respondent*, v. CHRIS DEMOPOLIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-02315-8, Edward Heavy, J., entered May 6,

1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield and Coleman, JJ.